IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) HERIBERTO ALMONTE-REYES <br> 2) GUILLERMO PERALTA-TAVAREZ <br> 3) ELVIN ROSA-NATAL <br> 4) NELSON PEL POZO-LACHAPELLE <br> **5) WILLIAM GRAY MACGUIRE** <br> Defendants | CRIMINAL 07-0042CCC |

# O R D E R

Having considered the Report and Recommendation filed on July 22, 2008 (**docket entry 166**) and the Amended Report and Recommendation (**docket entry 167**) on a Rule 11 proceeding of co-defendant William Gray MacGuire held before Magistrate Judge Bruce J. McGiverin on July 22, 2008, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant William Gray MacGuire is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 9, 2008. The **sentencing hearing is set for October 22, 2008 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 11, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge